**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23095-CIV-WILLIAMS**

SHERILYN J. LEROUX,

      Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on (DE 107) Magistrate Judge Andrea M. Simonton's Report & Recommendation.  In her Report, Judge Simonton recommends that the Court grant (DE 100) Defendant's Motion for Bill of Costs and award Defendant $5,778.46 in costs incurred in this action.  Plaintiff never filed a response in opposition to Defendant's Motion for Bill of Costs, nor did Plaintiff file objections to Judge Simonton's Report, and the time to do so has passed.

    Accordingly, based upon an independent review of the Report and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Simonton's Order (DE 107) is **ADOPTED AND AFFIRMED.**

    2.    Defendant's Motion for Bill of Costs (DE 100) is **GRANTED.**  Defendant is **AWARDED** $5,778.46 in costs incurred in this action.

    **DONE AND ORDERED** in chambers in Miami, Florida this 8th day of February, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE